UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:11-bk-05867-KSJ

APPLIANCE NOW, INC.,                                CHAPTER 11

Debtor.
_____/

## SUMMARY OF CASE

**APPLIANCE NOW, INC.**, a Florida corporation ("Appliance Now" or "Debtor") as debtor[1] and debtor-in-possession, by and through its undersigned counsel, hereby files its Summary of Case, and states as follows:

### I. Description of the Debtors' Business

1.  On April 21, 2011 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code ("Code"); no trustee has been appointed. In addition, on April 21, 2011, nine (9) affiliated or related entities: Appliance Direct Management, Inc. ("Management"); AD-Altamonte, Inc.; AD-Fruitland Park, Inc.; AD-Kissimmee, Inc.; AD-Melbourne, Inc.; AD-Merritt, Inc.; AD-PSJ, Inc.; AD-Union Park, Inc.; and AD-Winter Garden, Inc. (collectively, "the Stores") ("Appliance Now," "Management," and "the Stores" are collectively referred to herein as the "Debtors") also filed voluntary petitions for relief under Chapter 11. The Debtors have asked for their respective bankruptcy cases to be jointly administered with this Bankruptcy Case as the lead case. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession under Sections 1101(a) and 1108 of the Code.

---

[1] This summary will also apply in each of the affiliated and related Debtors whose cases are being filed contemporaneously with this Summary. Those Debtors are Appliance Direct Management, Inc.; AD-Altamonte, Inc.; AD-Fruitland Park, Inc.; AD-Kissimmee, Inc.; AD-Melbourne, Inc.; AD-Merritt, Inc.; AD-PSJ, Inc.; AD-Union Park, Inc.; and AD-Winter Garden, Inc.

2. Since April 2002 Appliance Now, has been engaged in the business of selling retail appliances to consumers throughout the State of Florida. The Debtor's businesses and operations are located primarily in Central Florida.

3. Management is comprised of the Debtors' officers and directors and is the entity responsible for providing the overall management to the Stores, including training, compliance, insurance, and payment services.

4. The Stores are the respective retail locations from which the Debtor sells and delivers appliances to residential and commercial customers throughout Florida. The Stores are located in Altamonte Springs, Fruitland Park, Kissimmee, Melbourne, Merritt Island, Port St. John, Union Park and Winter Garden.

## II. Location of the Debtor's Properties and Type of Property Interest.

5. Debtor and Management lease approximately 15,000 square feet of office space and records storage from Melbourne Point LLC, and are located at 397 N. Babcock, Melbourne, Florida 32935.

6. AD-Altamonte, Inc. leases approximately 63,000 square feet of retail and warehouse space from World's Largest, LLC, and operates a commercial retail store located at 1028 E. Altamonte Drive, Altamonte Springs, Florida 32701.

7. AD- Fruitland Park, Inc. leases approximately 17,500 square feet of retail and warehouse space from FP Property, LLC, and operates a commercial retail store located at 3345 U.S. Hwy 441-27, Fruitland Park, Florida 34731.

8. AD- Kissimmee, Inc. leases approximately 29,500 square fee of retail and warehouse space from Kash N' Karry Food Stores, Inc. and operates a commercial retail store located at 1820

N. Main Street, Kissimmee, Florida 34744.

9. AD- Melbourne, Inc. leases approximately 25,500 square feet of retail and warehouse space from Melbourne Point, LLC and Melbourne Point II, LLC and operates a commercial retail store located at 397 N. Babcock, Melbourne, Florida 32935.

10. AD-Merritt, Inc. leases approximately 25,000 square feet of retail and warehouse space from MIP Properties, LLC and operates a commercial retail store located at 323 E. Merritt Island Causeway, Merritt Island, Florida 32952.

11. AD-PSJ, Inc. leases approximately 21,600 square feet of retail and warehouse space from STG Properties, LLC and operates a commercial retail store located at 7480 N. U.S. Hwy 1, Port St. John, Florida 32927.

12. AD- Union Park, Inc. leases approximately 29,500 square fee of retail and warehouse space from Kash N' Karry Food Stores, Inc. and operates a commercial retail store located at 10681 E. Colonial Drive, Orlando, Florida 32817.

13. AD-Winter Garden, Inc. leases approximately 15,000 square fee of retail and warehouse space from Gar Shing Realty Corp. and operates a commercial retail store located at 13369 W. Colonial Drive, Winter Garden, Florida 34787.

### III. Reasons for Bankruptcy Filing

14. Overall, the historic, unprecedented decline in the economy, and the decreased consumer spending on home appliances specifically, has had a significant impact on the operations of business of Debtor, over the past several months. Also, due largely to an unsuccessful expansion effort and the decrease in sales, Debtor has had difficultly servicing its trade debt or making demand payments to certain creditors.

15. In addition, former delivery truck drivers who made deliveries for the Stores filed lawsuits in U.S. District Court for the Middle District of Florida, to wit: Cox, et al v. Appliance Direct, Inc. Case No: 6:08-cv-216-Orl-22; Moore et al. v. Appliance Direct, Inc. Case No. 6:09-cv-224-Orl-22; Braman et al v. Appliance Direct, Inc. Case No. 6:09-cv-179-Orl-28, alleging violations of the Fair Labor Standards Act, which ultimately led to the filing of a Chapter 7 bankruptcy proceeding of an affiliated entity, GROJ of the West, Inc. f/d/b/a Appliance Direct I, Inc. f/d/b/a Appliance Direct, Inc, in this Bankruptcy Court; Case No. 6:10-bk-09695-KSJ ("the Chapter 7 Proceeding"). Several creditors in the Chapter 7 Proceeding moved for substantive consolidation of Debtor, Management and the Stores, and ultimately, the Debtors determined that it is in the best interests of all parties to seek reorganization under Chapter 11.

### IV. Ownership Interests in Debtor and Salaries and Benefits of Officers and Directors During the Year Preceding Bankruptcy

16. The ownership interests of the Debtors are as follows: Sei Hwan Pak owns 75% of each Debtor; and Mark Salmon owns 25% of each Debtor.

| Officer/Director | Monthly Salary at time of filing | Salary one year prior |
|---|---|---|
| Sei Hwan Pak – CEO and Director | $23,000.00 | $276,000 |
| Mark Salmon – President, Secretary, Treasurer and Director | $23,000.00 | $276,000 |
| Eun Bee Pak – Controller | $8,333.34 | $100,000 |

### V. Amounts Owed to Various Classes of Creditors

17. As of the Petition Date, Debtors were jointly and severally indebted to various lenders (collectively, the "Secured Lenders") as set forth below:

| SECURED LENDER | APPROXIMATE DEBT |
|---|---|
| Whirlpool | $5,532,076.69 |
| General Electric | $2,800,065.31 |
| LG | $1,976,709.99 |

18. The Debtors have approximately $761,851 in non-disputed, non-insider, unsecured debt.

**VI. General Description and Approximate Value of Debtor's Current and Fixed Assets**

19. The Debtors have approximately $10,308,851.99 in secured debt.

20. Most of the personal property, including inventory, is owned by Appliance Now, Inc. As of Petition Date, the Debtors have personal property, furniture, bank accounts, etc., worth approximately $6,000,000.

21. Most, if not all, of the revenue is generated by Debtors through retail appliance sales. For calendar year end 2010 (ended 12/31/10), the gross revenue for Debtors was approximately between $35 million and $38 million. Debtor's collective inventory and proceeds, as of Petition Date, is in excess of $5.5 million.

**VII. Number of Employees and Amounts of Wages Owed as of Petition Date**

22. As of the Petition Date, not including Debtors' officers, Debtors have 47 employees that are leased through a third-party employee leasing company and not directly employed by the Debtors. Consequently, Debtors owe $0.00 in prepetition wages.

**VIII. Anticipated emergency relief to be requested within 14 days from the Petition Date**

23. The following First-Day Motions will be filed:

    a. Motion to Use Cash Collateral;

    b.      Motion for Joint Administration; and

    c.      Motion for Maintenance of Pre-petition Bank Accounts.

Dated this 21st day of April 2011.

                                                /s/ Jason H. Klein
                                                **R. Scott Shuker, Esquire**
                                                Florida Bar No. 984469
                                                rshuker@lseblaw.com
                                                **Jason H. Klein, Esquire**
                                                Florida Bar No. 0016687
                                                jklein@lseblaw.com
                                                **Latham, Shuker, Eden & Beaudine, LLP**
                                                bknotice@lseblaw.com
                                                390 N. Orange Ave., Suite 600
                                                Orlando, Florida 32801
                                                Telephone: (407) 481-5800
                                                Facsimile: (407) 481-5801
                                                Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                         CASE NO. 6:11-bk-05867-KSJ

APPLIANCE NOW, INC.,                           CHAPTER 11

Debtor.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the **SUMMARY OF CASE** has been furnished either electronically or by facsimile and by U.S. First Class, postage prepaid mail to: **Christopher J. Coleman, Esq.**, Schillinger & Coleman, P.A., 1311 Bedford Drive, Suite 1, Melbourne, Florida 32940; **Stephen B. Grow, Esq.**, Warner Norcross & Judd, LLP, a/f Whirlpool Corporation, 900 Fifth Third Center, 111 Lyon Street NW, Grand Rapids, MI 49503-2487; Whirlpool Corporation, 500 Momany Drive, St. Joseph, MI 49085; GROJ of the West, Inc., c/o **Kenneth Herron, Esq.**, 1851 W. Colonial Drive, Orlando, FL 32804; **L. Todd Budgen, Esq.**, P.O. Box 3229, Orlando, FL 32802-3229; secured creditors and the twenty largest unsecured creditors as shown on the matrix attached to the original of this motion filed with the Court; and the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 21st day of April 2011.

                                                  /s/ Jason H. Klein
                                                  Jason H. Klein, Esquire

AT&T
P.O. Box 105262
Atlanta, GA 30348-5262

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

Brevard Cty Tax Collector
Attn: Lisa Cullen, CFC
P.O. Box 2020
Titusville, FL 32781-2020

CenturyLink
P.O. Box 96064
Charlotte, NC 28296-0064

Cisco Systems Cap Crp
P.O. Box 41602
Philadelphia, PA 19102-1602

City of Altamonte Springs
225 Newburyport Ave.
Altamonte Springs, FL 32701

City of Kissimmee
101 N. Church Street
Kissimmee, FL 34741

City of Melbourne
900 E. Strawbridge Ave.
Melbourne, FL 32901

City of Winter Garden
300 West Plant Street
Winter Garden, FL 34787

Copytronics Information Sys
P.O. Box 5489
Jacksonville, FL 32247

First Financial Emp.. Leasing, Inc.
3745 Tamiami Trail
Port Charlotte, FL 33952

Florida Dept of Revenue
Attn: Executive Director
5050 W. Tennessee St.
Tallahassee, FL 32399-0140

GE Commercial Dist Fin Corp
P.O. Box 723476
Atlanta, GA 31139

GE Money Bank
4246 South Riverboat Rd., Ste. 200
Salt Lake City, UT 84123-2551

General Electric Cap Corp
P.O. Box 19187
Jacksonville, FL 32245-9187

General Electric Co.
GE Appliance Retail
P.O. Box 100380
Atlanta, GA 30384-0380

General Electric Company
P.O. Box 34810
Louisville, KY 40232-9913

Internal Revenue Service
Centralized Insolvency Ops
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Svc*
Spec Proc Function
P.O. Box 35045, Stop 5720
Jacksonville, FL 32202

Lake Cty Tax Collector
Attn: Bob McKee
P.O. Box 327
Tavares, FL 32778-0327

Lassiter-Ware Insurance
2701 Maitland Ctr Pkwy
P.O. Box 940159
Maitland, FL 32794-0159

LG Electronics USA, Inc.
1000 Sylvan Ave.
Englewood Cliffs, NJ 07632

Mark S. Salmon
397 N. Babcock St.
Melbourne, FL 32935

Mauldin Int Trucks, Inc.
2300 S. Division Ave.
Orlando, FL 32805

Nebutel, Inc.
3153 Skyway Circle, Ste. 101
Melbourne, FL 32934

Orange City Tax Collector
Attn: Earl K. Wood
P.O. Box 2551
Orlando, FL 32802-2551

Osceola Cty Tax Collector
Attn: Patsy Heffner
2501 E Irlo Bronson Mem Hwy
Kissimmee, FL 34744

Penske Truck Leasing
P.O. Box 532658
Atlanta, GA 532658

Regions Bank
Attn: Pres/Gen Mgr
7750 N. Wickham Rd
Melbourne, FL 32940

SEC
Branch of Reorganization
3475 Lenox Rd. NE #1000
Atlanta, GA 30326

Sei Hwan Pak
397 N. Babcock St.
Melbourne, FL 32935

Seminole Cty Tax Collector
Attn: Ray Valdes
P.O. Box 630
Sanford, FL 32772-0630

U.S. Bankcorp
Office Equipment Finance Srv
P.O. Box 790448
St. Louis, MO 63179-0448

Wells Fargo Financial
Manufacturer Srvc Group
P.O. Box 7777
San Francisco, CA 94120-7777

Whirlpool Corporation
500 Momany Dr.
St. Joseph, MI 49085

Whirlpool Corporation
1 Chase Manhattan Plaza
New York, NY 10005