

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

04/25/2011 01:30 PM

COURTROOM B, 5th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | FILING DATE: |
|---|---|
| 6:11-bk-05867-KSJ   11 | 04/21/2011 |

Chapter 11

**DEBTOR:** Appliance Now, Inc

**DEBTOR ATTY:** Jason Klein

**TRUSTEE:** NA

**HEARING:**

INITIAL STATUS CONFERENCE
*1) Emergency Motion to Use Cash Collateral. Filed by Debtor (Doc #3)
2) Emergency Motion for Joint Administration of Lead Case 6:11-bk-5867 with 11-5869; 11-5870; 11-5872; 11-5874; 11-5875; 11-5876; 11-5878; 11-5879; and 11-5881. Filed by Debtor (Doc #5)

**APPEARANCES::**
L. Todd Budgen: Yervant Cox
Tim Laffredi: U.S. Tee
John Emmanuel: Whirlpool
R. Scott Shuker: Appliance Direct Debtors
Justin Luna: Appliance Direct Debtors
Jason Klein: Appliance Direct Debtors
Principal of D'or

By Telephone:
Stephen Grow: Whirlpool

**RULING:** INITIAL STATUS CONFERENCE

*1) Emergency Motion to Use Cash Collateral. Filed by Debtor (Doc #3) - Granted on an interim basis through 05/26/11. Con't hearing is set for 05/26/11 at 1:30 p.m. Order by Shuker.

2) Emergency Motion for Joint Administration of Lead Case 6:11-bk-5867 with 11-5869; 11-5870; 11-5872; 11-5874; 11-5875; 11-5876; 11-5878; 11-5879; and 11-5881. Filed by Debtor (Doc #5) - Granted. Order by Shuker.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c).